■■■ PHILIP J. STROKA, Respondent, v KENDRA D. HANCOCK, Appellant. [832 NYS2d 836]— Appeal from a judgment of the Chautauqua County Court (John T. Ward, J.), entered May 2, 2006. The judgment, among other things, granted plaintiff's motion for summary judgment and denied defendant's cross motion for summary judgment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in amended decision at County Court. Present—Hurlbutt, J.P., Gorski, Smith, Fahey and Green, JJ.